UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TENNESSEE GAS PIPELINE COMPANY, LLC PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-633-DPJ-ASH

0.619 ACRES IN HOLMES COUNTY, MISSISSIPPI, ET AL. DEFENDANTS

ORDER

Pro se Defendant Betty Hughes has filed (1) a motion for paper service and relief from electronic service in this condemnation action [21], and (2) an amended motion for paper service, for additional time to respond, and a request for a copy of land-use documents [23].

Starting with her requests for paper service, Hughes apparently obtained a copy of the Court's Pro Se Consent and Registration Form to Receive Documents Electronically, and she does not wish to opt in to electronic receipt of documents. Because Hughes is not required to consent to electronic receipt of documents, and she will continue to receive paper, U.S. Mail service of documents so long as she does not opt in to electronic receipt of documents, her motion [21] is granted (and the amended motion [23] is granted in part).

As for the remaining requests in her second motion, the Court has already granted Hughes an extension of time until October 28, 2026, to respond to Plaintiff's motion for partial summary judgment and a preliminary injunction. Order [20]. The Court denies Hughes's request for an open-ended additional extension. And the Court has already explained that "Hughes's requests for Plaintiff to produce documents that are not yet in the record[ ] are premature and improper." Order [20] at 3. Her request that the Court "direct Plaintiff to provide Defendant with a complete copy of the signed document, agreement, easement, right-of-way, authorization, or

other evidence upon which [it] relies concerning its claimed right to use [her] land" is likewise denied.

**SO ORDERED AND ADJUDGED** this the 21st day of October, 2026.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE